IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GESELE V. JONES, | * | |
| *Plaintiff* | * | CONSOLIDATED CASE |
| v. | * | No.: DKC 09-3362 |
| KOONS AUTOMOTIVE, INC., *et al.* | * | |
| *Defendants* | * | |

* * * * * * * * * * * * *

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, in accordance with the terms of a confidential settlement agreement entered into between Plaintiff Gesele V. Jones and Defendant Koons Automotive, Inc., this case is hereby DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| \_\_\_\_\_/S/_____ | \_\_\_\_\_/S/_____ |
| Thomas J. Minton – No. 03370 | Joseph M. Creed – No. 17134 |
| Goldman & Minton, P.C. | Joseph, Greenwald & Laake, P.A. |
| 1500 Union Avenue | 6404 Ivy Lane |
| Suite 2300 | Suite 400 |
| Baltimore, MD 21211 | Greenbelt, MD 20770 |
| Ph (410) 783-7575 | Ph (301) 220-2200 |
| Fax (410) 783-1711 | Fax (301) 240-1214 |
| tminton@charmcitylegal.com | jcreed@jgllaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Gesele V. Jones* | *Koons Automotive, Inc.* |